UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION  MDL No. 2325

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO−8)**

On February 7, 2012, the Panel transferred 80 civil action(s) to the United States District Court for the Southern District of West Virginia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. *See* _F.Supp.2d_ (J.P.M.L. 2012). Since that time, 80 additional action(s) have been transferred to the Southern District of West Virginia. With the consent of that court, all such actions have been assigned to the Honorable Joseph R Goodwin.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of West Virginia and assigned to Judge Goodwin.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation</u>, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Southern District of West Virginia for the reasons stated in the order of February 7, 2012, and, with the consent of that court, assigned to the Honorable Joseph R Goodwin.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of West Virginia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Mar 14, 2012

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A TRUE COPY CERTIFIED ON

MAR 1 4 2012

TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia
By _____ Deputy

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
PELVIC REPAIR SYSTEM PRODUCTS
LIABILITY LITIGATION                                           MDL No. 2325

### SCHEDULE CTO-8 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 12-00354 | Derheim v. American Medical Systems Incorporated |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 3 | 12-00791 | Boggess et al v. American Medical Systems, Inc. |
| CAN | 4 | 12-00611 | Gunn et al v. American Medical Systems, Inc. |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 12-00273 | Stiles et al v. American Medical Systems, Inc. |
| FLM | 8 | 12-00308 | Allane v. American Medical Systems, Inc. |
| **GEORGIA NORTHERN** | | | |
| GAN | 3 | 11-00199 | Wimbush et al v. Caldera Medical, Inc. et al |
| **MARYLAND** | | | |
| MD | 1 | 12-00504 | Leday v. American Medical Systems, Inc. |
| MD | 1 | 12-00506 | Borders et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00515 | Epperson et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00516 | Ray v. American Medical Systems, Inc. |
| MD | 1 | 12-00517 | Rudin et al v. American Medical Systems, Inc. |
| MD | 1 | 12-00518 | Osteen et al v. American Medical Systems, Inc. |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 12-10701 | Bivins v. American Medical Systems, Inc. |
| **MISSISSIPPI NORTHERN** | | | |
| MSN | 1 | 12-00041 | Yerby v. American Medical Systems, Inc. |
| MSN | 1 | 12-00042 | Schindler et al v. American Medical Systems, Inc. |

MISSISSIPPI SOUTHERN

| MSS | 2 | 12-00031 | Allday et al v. American Medical Systems, Inc. |

MISSOURI EASTERN

| ~~MOE~~ | 4 | ~~11-02064~~ | ~~Miller et al v. Mid-County Urology, Inc. et al~~ Opposed 03/14/2012 |
| MOE | 4 | 12-00306 | O'Shields v. American Medical Sysyem |

NEW JERSEY

| NJ | 3 | 12-01017 | ZARROW et al v. AMERICAN MEDICAL SYSTEMS, INC. et al |

NORTH CAROLINA WESTERN

| NCW | 1 | 12-00029 | Hubbard et al v. American Medical Systems, Inc. |

OHIO NORTHERN

| OHN | 1 | 12-00407 | Lawson v. American Medical Systems, Inc. et al |

PENNSYLVANIA EASTERN

| PAE | 2 | 12-00875 | MOORE v. ENDO PHARMACEUTICALS et al |
| PAE | 2 | 12-00876 | KEYES v. ENDO PHARMACEUTICALS et al |

TEXAS NORTHERN

| TXN | 3 | 12-00514 | Appel v. American Medical Systems, Inc. |

VIRGINIA EASTERN

| VAE | 3 | 12-00160 | Harris v. American Medical Systems, Inc. et al |

WASHINGTON WESTERN

| WAW | 3 | 12-05123 | Schell v. American Medical Systems |